**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COOPERATIVE ENTERTAINMENT, INC., | Case No. |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| WOWZA MEDIA SYSTEMS, LLC, | |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Cooperative Entertainment, Inc. (hereinafter, "CEI") brings this patent-infringement action against Wowza Media Systems, LLC (hereinafter "Wowza").

### Parties

1. Plaintiff CEI is a corporation organized under the laws of North Carolina with its principal place of business in Raleigh, North Carolina.

2. Defendant Wowza is a corporation organized under the laws of Delaware with its principal place of business in Golden, Colorado.

### Jurisdiction and Venue

3. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court may exercise personal jurisdiction over Wowza. Wowza's headquarters are located in this District; Wowza conducts continuous and systematic business in Delaware and this District; and these patent infringement claims arise directly from Wowza's

continuous and systematic activity in this District. In short, this Court's exercise of jurisdiction over Wowza would be consistent with the Delaware long-arm statute and traditional notions of fair play and substantial justice.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1400(b).

**Claim of Patent Infringement**

*Infringement of U.S. Patent No. 9,432,452*

7.      CEI is the exclusive owner of United States Patent No. 9,432,452 (the "'452 patent"), which is attached hereto as Exhibit A.

8.      The '452 patent is valid and enforceable.

9.      Wowza has been and is directly infringing claims of the '452 patent. Wowza makes, uses, sells, and offers for sale methods and services that practice and embody claims of the '452 patent.

10.     Without limiting the claims that will be asserted or the products and services that will be accused of infringement in this action, Wowza is infringing claim 1 of the '452 patent when Wowza makes, uses, and sells streaming services.

      a. Claim 1 claims a "system for virtualized computing peer-based content sharing[.]" (Ex. A, 10:25-26.) Wowza supports Peer-to-Peer ("P2P") streaming technology, which "designed to turn every video consumer into a video node, enabling users to simultaneously consume and deliver the stream." https://www.wowza.com/resources/guides/p2p-unicast-streaming.

      b. Claim 1's system includes "at least one content delivery server computer constructed and configured for electrical connection and communication via at least one communications network[.]" (Ex. A, 10:27-29.) "When a user

requests a video on a website, the player requests the video stream from the origin server, edge server, or CDN." https://www.wowza.com/resources/guides/p2p-unicast-streaming.

c. Claim 1's system also includes "at least one peer-to-peer (P2P) dynamic network including a multiplicity of peer nodes, wherein the multiplicity of peer nodes consume the same content within a predetermined time, wherein the multiplicity of peer nodes are constructed and configured for electronic communication over the at least one P2P dynamic network, wherein the at least one P2P dynamic network is based on at least one trace route[.]" (Ex. A, 10:30-37.) Wowza's P2P network includes peer nodes that are configured for electronic communication over the P2P network.



Server-Based                P2P

https://www.wowza.com/resources/guides/p2p-unicast-streaming.

d. In the system of Claim 1, "the multiplicity of peer nodes is distributed outside controlled networks and/or content distribution networks (CDNs) that are included within the at least one communications network[.]" (Ex. A, 10:37-41.) Wowza's communications network includes peer nodes outside of the CDN. "[T]he user downloads the majority of the data from peers, eliminating

the additional bandwidth cost to deliver the stream from the CDN or the origin server." https://www.wowza.com/resources/guides/p2p-unicast-streaming.

e. Claim 1: "wherein the at least one content delivery server computer is operable to store viewer information, check content request, use the trace route to segment requested content, find peers, and return client-block pairs[.]" (Ex. A, 10:42-45.) Wowza's service includes a P2P tracker, which "is a signaling server. Its primary function is to maintain and manage a list of peers and handle the signaling between connected peers. https://www.wowza.com/resources/guides/p2p-unicast-streaming.

f. Claim 1 specifies that "distribution of P2P content delivery over the at least one P2P dynamic network is based on content segmentation[, and] content segmentation is based on CDN address resolution, trace route to CDN and P2P server manager, dynamic feedback from peers reporting traffic rates between individual peer and its neighbors, round-robin and other server side scheduling/resource allocation techniques." (Ex. A, 10:46-54.) Trackers can dynamically select the best peers based on geography and network topology, but also provide advanced functionality to analyze and adjust for bandwidth constraints and provide geographic IP blocking, ISP restrictions, and more." https://www.wowza.com/resources/guides/p2p-unicast-streaming.

**Prayer for Relief**

WHEREFORE, CEI prays for the following relief against Wowza:

(a)    Judgment that Wowza has directly infringed the '452 patent;

(b)    For a fair and reasonable royalty;

(c)     For pre-judgment interest and post-judgment interest at the maximum rate allowed by law;

(d)     For such other and further relief as the Court may deem just and proper.

## Demand for Jury Trial

CEI demands a trial by jury on all matters and issues triable by jury.

Date: December 10, 2019                          /s/ Stamatios Stamoulis

Stamatios Stamoulis
*stamoulis@swdelaw.com*
STAMOULIS & WEINBLATT LLC
800 N. West St., Third Floor
Wilmington, DE 19801

Matthew M. Wawrzyn (*pro hac vice* pending)
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone:  847.656.5864

*Attorneys for Plaintiff*
*Cooperative Entertainment, Inc.*